# **EXHIBIT C**

The Carlisle Apartments LP
Balance Sheet
October 31, 2010

## Assets

### Current Assets

| | | | |
|---|---|---|---|
| 1011 | Petty Cash | | $ 500.00 |
| 1026 | Carlisle Wachovia Operating | | 608,579.18 |
| 1027 | Carlisle Wachovia Security Deposit | | 112,708.00 |
| *Cash & Escrow* | | | $ 721,787.18 |
| | | | |
| 1400 | Carlisle Development Costs | $ 41,849,287.23 | |
| 1401 | WIP-Contra-Cost of Sales | (32,798,518.35) | |
| 1402 | WIP-Contra-Org Costs | (29,204.00) | |
| 1403 | WIP-Contra Land | (6,272,640.00) | |
| 1404 | WIP Contra PropMgt Deficit Funding | (92,071.00) | |
| 1407 | WIP - Contra Constr Loan Int | (508,502.35) | |
| 1410 | WIP-Contra Financing Fees | (298,148.00) | |
| 1412 | WIP-Contra Model Furniture | (40,000.00) | |
| 1413 | WIP-Contra Leasing Office Furniture | (130,593.60) | |
| 1414 | WIP-Contra Pool Furniture | (1,842.46) | |
| 1415 | WIP-Contra Computer Equip | (4,387.66) | |
| 1416 | WIP-Contra Telephone Fax | (5,386.84) | |
| 1417 | WIP-Contra Golf Cart | (18,069.14) | |
| 1418 | WIP-Contra Exercise Equip | (23,889.68) | |
| 1419 | WIP-Contra-Office Supplies | (7,159.12) | |
| 1420 | WIP-Contra Maint Supplies | (3,961.35) | |
| 1421 | WIP-Contra Appliances | (625,329.05) | |
| 1423 | WIP-Contra Swap Interest | (813,335.48) | |
| *Net Development Costs* | | | $ 176,249.15 |
| | | | |
| 1610 | PM Tenant Rent Receivable | | $ 4,956.18 |
| 1800 | Prepaid Expenses | | 60,582.86 |
| 1810 | Prepaid - Insurance | | 20,450.44 |
| *Tenant Receivables, Prepaid Expenses & Deposits* | | | $ 85,989.48 |
| | | | |
| **Total Current Assets** | | | $ 984,025.81 |

### Long Term Assets

| | | | |
|---|---|---|---|
| 1950 | Land | $ 6,272,640.00 | |
| 1951 | Apartment Buildings | 33,648,016.78 | |
| 1952 | Loan Costs | 298,148.00 | |
| 1953 | Organization Costs | 29,204.00 | |
| 1992 | Accum Amortization - Loan Costs | (198,766.00) | |
| 1993 | Accum Amortization - Organization Costs | (29,204.00) | |
| Total Long Term Assets | | | $ 40,020,038.78 |
| | | | |
| **Total Assets** | | | **$ 41,004,064.59** |

The Carlisle Apartments LP
Balance Sheet
October 31, 2010

Liabilities and Equity

### Current Liabilities

| Acct | Description | Amount | Total |
|---|---|---:|---:|
| 2000 | Carlisle Accounts Payable | $ 465,885.68 | |
| 2545 | Accrued Property Taxes | (65,507.03) | |
| 2554 | Security Deposit Liability | 112,708.00 | |
| 2560 | Rent Paid in Advance | 20,576.28 | |
| 2606 | Carlisle Compass Loan | 32,018,809.83 | |
| 2701 | I/C Payable - Phillips Development | 3,047.18 | |
| | Total Current Liabilities | | $ 32,555,519.94 |

### Long Term Liabilities

Long Term Liabilities

Total Liabilities  $ 32,555,519.94

### Equity

| Acct | Description | Amount | Total |
|---|---|---:|---:|
| 3100 | Equity Contrib Recap XI A | $ 7,001,232.32 | |
| 3101 | Equity Contrib Recap XI B | 1,665,767.68 | |
| 3102 | Equity Contrib McCullough Harris | 963,000.00 | |
| 3999 | Carlisle Retained Earnings | (830,040.77) | |
| | Net Income | (351,414.58) | |
| | Total Equity | | $ 8,448,544.65 |
| | **Total Liabilities & Equity** | | **$ 41,004,064.59** |