Shalom Jacob
Casey B. Howard
LOCKE LORD BISSELL & LIDDELL LLP
3 World Financial Center
New York, New York 10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754
sjacob@lockelord.com
choward@lockelord.com

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE CARLISLE APARTMENTS, L.P., | Case No. 10-16805 (SMB) |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### NOTICES AND SERVICE OF ALL OTHER PAPERS

**PLEASE TAKE NOTICE** that undersigned counsel hereby enters its appearance on behalf of **COMPASS BANK**, a senior secured creditor and party-in-interest in the above-referenced case pursuant to the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, undersigned counsel hereby requests that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them, be given to and served at the following address, telephone and fax number:

| | |
|---|---|
| Shalom Jacob | W. Steven Bryant |
| Casey B. Howard | Locke Lord Bissell & Liddell LLP |
| Locke Lord Bissell & Liddell LLP | 600 Travis Street, Ste. 2800 |
| Three World Financial Center | Houston, Texas 77002 |
| New York, New York 10281-2101 | Phone: (713) 226-1489 |
| Phone: (212) 415-8618 | Fax:    (713) 229-2536 |
| Fax: (212) 303-2754 | E-mail: sbryant@lockelord.com |
| E-mail: sjacob@lockelord.com | |
|         choward@lockelord.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated:  December 29, 2010          Respectfully Submitted,
        New York, New York

By: _/s/ Shalom Jacob_____
Shalom Jacob
Casey B. Howard
LOCKE LORD BISSELL & LIDDELL LLP
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8618
Fax:          (212) 303-2754
sjacob@lockelord.com
choward@lockelord.com


Of Counsel:
W. Steven Bryant
Locke Lord Bissell & Liddell LLP

600 Travis Street, Ste. 2800
Houston, Texas 77002
Phone: (713) 226-1489
Fax: (713) 229-2536
E-mail: sbryant@lockelord.com

*Counsel for Compass Bank*

## **CERTIFICATE OF SERVICE**

   I certify that, on December 29, 2010, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of All Other Papers was served via ECF upon all parties who receive service via ECF.

                     */s/ Casey B. Howard*
                      Casey B. Howard

NYC 96376