Sandra E. Mayerson (SEM-8119)
Peter A. Zisser (PZ-9634)
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: +1.212.872.9800
Facsimile: +1.212.872.9815

Counsel to Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **THE CARLISLE APARTMENTS, L.P.,** | : | Case No. 10-16805 (SMB) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JULY 19, 2011 AT 10:00 A.M.

| | |
|---|---|
| **Date and Time of Hearing**: | **July 19, 2011 at 10:00 a.m.** (Prevailing Eastern Time) |
| **Location of Hearing**: | Honorable Stuart M. Bernstein |
| | **Courtroom: No. 723** |
| | United States Bankruptcy Court |
| | Southern District of New York |
| | 1 Bowling Green |
| | New York, New York 10004-1408 |
| **Copies of Motions**: | A copy of each pleading can be viewed on the Court's website at: www.ecf.nysb.uscourts.gov. |

**MATTERS TO BE HEARD INCLUDE:**

**I.   EXCLUSIVITY MOTION**

   A.   Debtor's Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement filed by Sandra E. Mayerson on behalf of The Carlisle Apartments, L.P.. with hearing to be held on 7/19/2011 at 10:00 AM at Courtroom 723 (SMB) Responses due by 7/12/2011, (Attachments: # 1 Exhibit A - Proposed Order #2 Exhibit B - Proposed Bridge Order# 3 Notice of Hearing (Mayerson, Sandra)**(Docket #113);**

   Response Deadline**: June 29, 2011 at 4:00 P.M.**

   Response Received**:** None

   Related Documents**:** Bridge Order Signed on 6/22/2011 Extending Debtor's Time to File a Plan of Reorganization **(Docket #113)**

Status: This matter is going forward and an order will be submitted at the hearing.


**II.   INTERIM FEE APPLICATIONS**

   B.   Application for Interim Professional Compensation for Gordian Group, LLC, Other Professional, for the period: 12/27/2010 to 3/31/2011, fee:$158,064.52, expenses: $197.61. filed by Gordian Group, LLC. (Zisser, Peter)**(Docket #107);**

   C.   First Application for Interim Professional Compensation for Squire, Sanders & Dempsey (US) LLP, Debtor's Attorney, period: 12/27/2010 to 3/31/2011, fee:$401,688, expenses: $19,403.66(Zisser, Peter)**(Docket #108)**; and

   D.   **(Amended)** First Interim Fee Application for Gordian Group, LLC, Other Professional, for the period: 12/27/2010 to 4/30/2011, fee:$206,451.61, expenses: $247.17.(related document(s) 107 ) filed by Gordian Group, LLC (Zisser, Peter)**(Docket #118)**

   E.   Notice of Adjournment of Hearing to Consider First Interim Fee Applications of The Carlisle Apratment, L.P. Professionals (related document(s) 107 , 108 , 118 ) filed by Peter Alan Zisser on behalf of The Carlisle Apartments, L.P.. with hearing to be held on 7/19/2011 at 10:00 AM at Courtroom 723 (SMB) Objections due by 7/12/2011, (Attachments: #1 Affidavit of Service)(Zisser, Peter)**(Docket #124)**

   Response Deadline**: July 12, 2011 at 4:00 P.M.**

   Response Received**:** None

   Related Documents**:** None

   Status: This matter is going forward and an order will be submitted at the hearing.

Dated: New York, New York
July 18, 2011

                    **SQUIRE, SANDERS & DEMPSEY (US) LLP**

                    By: /s/Peter Zisser
                        Sandra E. Mayerson (SEM-8119)
                        Peter A. Zisser (PZ-9634)
                    30 Rockefeller Plaza
                    New York, NY 10112
                    Telephone:  (212) 872-9800
                    Facsimile:  (212) 872-9815
                    Email:  sandy.mayerson@ssd.com
                    Email:  peter.zisser@ssd.com

                    COUNSEL TO DEBTOR
                    AND DEBTOR-IN-POSSESSION