Sandra E. Mayerson (SEM-8119)
Peter A. Zisser (PZ-9634)
Squire, Sanders & Dempsey (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: +1.212.872.9800
Facsimile: +1.212.872.9815

Counsel to Debtor and
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Carlisle Apartments, L.P., | : | Case No. 10-16805 (SMB) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

### NOTICE OF DEBTORS' SECOND MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE REQUESTING EXTENSION OF EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF

**PLEASE TAKE NOTICE THAT** a hearing (the "Hearing") to consider the second motion of The Carlisle Apartments, L.P., ("Debtor"), debtor and debtor-in-possession in the above-captioned case, for entry an order pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"): (a) extending Debtor's exclusive period to file a plan and disclosure statement by forty-one (41) days from June 25, 2011, through and including August 5, 2011; and (b) extending Debtor's exclusive period to solicit and confirm a plan by forty-one (41) days from August 24, 2011, through and including October 4, 2011 (the "Second Motion"), was held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, of the United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York 10004, on July 19, 2011**;** and

**PLEASE TAKE FURTHER NOTICE THAT** Debtor's exclusive periods to file a plan and disclosure statement and solicit and confirm a plan (the "Exclusive Periods") have been extended through and including August 5, 2011, and October 4, 2011, respectively; and

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing has been adjourned without date; and

**PLEASE TAKE FURTHER NOTICE THAT** Debtors are authorized to request a further sixty (60) day extension of the Exclusive Periods at the next Hearing date.

Dated: New York, New York
July 19, 2011

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: */s/Peter A. Zisser*
    Sandra E. Mayerson (SEM-8119)
    Peter A. Zisser (PZ-9634)
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: +1.212.872.9800
Facsimile: +1.212.872.9815
Email: sandy.mayerson@ssd.com
        peter.zisser@ssd.com

Counsel to Debtor and Debtor-in-Possession