Sandra E. Mayerson (SEM-8119)
Peter A. Zisser (PZ-9634)
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: +1.212.872.9800
Facsimile: +1.212.872.9815

Counsel to Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **THE CARLISLE APARTMENTS, L.P.,** | : | Case No. 10-16805 (SMB) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON SEPTEMBER 7, 2011 AT 10:00 A.M.

**Date and Time of Hearing**: **September 7, 2011 at 10:00 a.m.** (Prevailing Eastern Time)

**Location of Hearing**: Honorable Stuart M. Bernstein
**Courtroom: No. 723**
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004-1408

**Copies of Motions**: A copy of each pleading can be viewed on the Court's website at: www.ecf.nysb.uscourts.gov.

**MATTERS TO BE HEARD INCLUDE:**

**I. DISMISSAL MOTION**

A.  Debtor's Motion for Order Dismissing Debtor's Chapter 11 Case **(Docket #133)**;

  Response Deadline**: August 30, 2011 at 4:00 P.M.**

  Response Received**:** None

  Related Documents**:** None

  Status: This matter is going forward


Dated: New York, New York
       September 6, 2011

                              **SQUIRE, SANDERS & DEMPSEY (US) LLP**

                              By: /s/Peter Zisser
                                 Sandra E. Mayerson (SEM-8119)
                                 Peter A. Zisser (PZ-9634)
                              30 Rockefeller Plaza
                            New York, NY 10112
                            Telephone:  (212) 872-9800
                            Facsimile:  (212) 872-9815
                            Email:  sandy.mayerson@ssd.com
                            Email:  peter.zisser@ssd.com

                            COUNSEL TO DEBTOR
                            AND DEBTOR-IN-POSSESSION